IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TERRENCE CHRISTOPHER                                                                    PLAINTIFF

  v.                              Civil No.  14-2045

CRAWFORD COUNTY, ARKANSAS                                                         DEFENDANT

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The Plaintiff, Terrence Christopher, filed this action pursuant to the terms of 42 U.S.C. § 1983.  He proceeds *pro se*.

When he filed this case, Plaintiff was incarcerated at the Benton County Detention Center (BCDC).  He was specifically advised that he must immediately notify the Court of any change in his address (Doc. 3).

On May 22nd and May 28th, mail sent to the Plaintiff at the BCDC was returned as undeliverable.  There was a notation that he was no longer at the BCDC.

The Court does not have a current address for the Plaintiff.  Plaintiff has not contacted the Court in anyway.  He has not submitted a change of address and has filed no documents with the Court except the initial complaint and application to proceed *in forma pauperis*.

I therefore recommend that the case be dismissed based on the Plaintiff's failure to keep the Court advised of his current address and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).  The case should be dismissed with prejudice.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties**

**are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 5th day of June 2014.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)