IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TERRENCE CHRISTOPHER                                                              PLAINTIFF

v.                              Case No. 2:14-CV-02045

CRAWFORD COUNTY, ARKANSAS                                                    DEFENDANT

## **O R D E R**

The Court has received proposed findings and recommendations (Doc. 9) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 14th day of July, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE